UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NFL PROPERTIES LLC,<br><br>　　　　　　　Defendant. | Case No. 1:25-cv-03981-CM<br><br>**NOTICE OF DEFENDANT NFL PROPERTIES LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Complaint, Defendant NFL Properties LLC moves this Court, before the Honorable Colleen McMahon at the United States District Court for the New York Southern District, 500 Pearl Street, New York, NY, 10007-1312, at a date and time to be determined by the Court, for an Order dismissing Plaintiff's Complaint in its entirety with prejudice, and granting such other relief as the Court deems just and proper, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Dated: June 10, 2025                              Respectfully submitted,

/s/ Craig B. Whitney

**PROSKAUER ROSE LLP**
Craig B. Whitney
Jeffrey Warshafsky
Nicole Sockett
Nicole Swanson
Eleven Times Square
New York, NY 10036
T: (212) 969-3241
cwhitney@proskauer.com
jwarshafsky@proskauer.com
nsockett@proskauer.com
nswanson@proskauer.com

*Attorneys for Defendant*
*NFL Properties LLC*