# TODD C. BANK, ATTORNEY AT LAW, P.C.

**119-40 Union Turnpike**
**Fourth Floor**
**Kew Gardens, New York  11415**
**(718) 520-7125**

www.toddbanklaw.com                                                                                      tbank@toddbanklaw.com

June 12, 2025

United States District Court
Southern District of New York
Attn.: Judge Colleen McMahon

        Re:    Todd C. Bank v. NFL Properties LLC
                Case 1:25-cv-03981-CM

Dear Judge McMahon:

      I am the plaintiff in the above-referenced matter. Regarding this morning's Order "denying [20] Letter Motion for Leave to File Document," I was not intending to request that the Court decline the reassignment of this action.  I recognize that doing so is not permitted by the Rules for the Div. of Bus. Among Dist. Judges (such that it appears to have been improper of Defendant to include, in its pre-motion letter (Doc. 10), a request to move for reassignment under Rules 4(b) and 13(a)). Rather, I had wished to address some of the assertions made by Defendant in its letter in the event that the letter were to remain on the record.

      I see that my previous letter could have more precisely conveyed my intention, and I am sorry for that.

Sincerely,

  s/ *Todd C. Bank*

Todd C. Bank