# TODD C. BANK, ATTORNEY AT LAW, P.C.

119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York 11415
(718) 520-7125

www.toddbanklaw.com                                                    tbank@toddbanklaw.com

July 24, 2025

United States District Court
Southern District of New York
Attn.: Judge Colleen McMahon

      Re:    Todd C. Bank v. NFL Properties LLC
               Case 1:25-cv-03981-CM

Dear Judge McMahon:

     I am the plaintiff in the above-referenced action. Given the pending motion to dismiss in the Complaint, the parties respectfully request that the Court adjourn, until the motion is decided: (i) the Case Management Conference scheduled for September 18, 2025; and (ii) the due date of the parties' corresponding Civil Case Management Plan.

     We thank the Court for its consideration of this request.

Sincerely,

  s/ *Todd C. Bank*

Todd C. Bank

*[Stamp: SDNY DOCUMENT ELECTRONICALLY FILED; DATE FILED: 7/24/2025]*

*[Handwritten endorsement: MEMO ENDORSED — Conference cancelled. /s/ Colleen McMahon 7/24/2025]*